Feb 23, 15

68, 968-13

TO THE HONORABLE CLERK OF COURT OF CRIMINAL
APPEALS:

GREETINGS,

I am a (prose) inmate who has a petition
for writ of habeas corpus under Art. 11.07 in cause
No. CR-2005-234-6; writ# 68,968-13 that
is pending before the court.

I am requesting please, if you have a
date the court will review the petition on the docket.

I would greatly appreciate to know the date
thats set if any. Thank you for a response
and your attention on this matter. Have a
good day.

Regards
Robert troy mcclure
TDC#1420457
Hughes Unit
RT 2 Box 4400
Gatesville, tx 76597

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 2 ...

Abel Acosta, Clerk